**Electronically Filed
Supreme Court
SCWC-16-0000576
18-SEP-2020
08:15 AM**

SCWC-16-0000576

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————

U.S. BANK NATIONAL ASSOCIATION,
as Owner Trustee of the SN 2011-A REO Trust,
Respondent/Plaintiff-Appellee,

vs.

BUDGET PRINTERS, INC., ALVIN S. ISHIHARA, and NORIKO SOTTA,
Petitioners/Defendants-Appellants,

and

MADELINE N. MIURA-ISHIHARA; DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS, STATE OF HAWAI'I; CITY BANK, a Hawai'i
corporation, now known as Central Pacific Bank; DEPARTMENT OF
TAXATION, STATE OF HAWAI'I; LILY A. ISHIHARA,
Respondents/Defendants-Appellees.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000576; CIV. NO. 1CC09-1-1112)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Chang, assigned by reason of vacancy)

Petitioners/Defendants-Appellants' Application for
Writ of Certiorari, filed on July 24, 2020, is hereby rejected.

DATED:  Honolulu, Hawai'i, September 18, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Gary W.B. Chang

